

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-18-00321-CV

**ALMANZA BUSINESS GROUP, LLC,**
Appellant

v.

**CBI LOGISTIC SERVICES L. L. C.,**
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVF-001798 D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Justice
Irene Rios, Justice
Beth Watkins, Justice

Appellant Almanza Business Group, LLC ("Almanza") has filed two motions in this court. Almanza's motion for rehearing was due on June 6, 2019. On June 11, 2019, Almanza filed a: (1) Motion to Extend Time to File Motion for Rehearing; and (2) Motion for Rehearing. In its motion to extend time, Almanza requested a five-day extension of time so that its Motion for Rehearing would be considered timely. After consideration, we **GRANT** Almanza's motion requesting an extension of time to file rehearing and deem its motion for rehearing as timely filed; and we **DENY** Almanza's motion for rehearing.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.



KEITH E. HOTTLE,
Clerk of Court